UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DWAYNE E. COOKE,** | ) | NO. CV 14-00297-BRO (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **E. VALENZUELA,** | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 7, 2015.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE